358 A.2d 75
Commonwealth v. Green, Appellant.

Argued April 12, 1976. Stanton D. Levenson, for appellant; Robert L. Eberhardt, Assistant District Attorney, with him Chris G. Copetas, Deputy Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

358 A.2d 67
Commonwealth v. Haas, Appellant.

Argued April 13, 1976. August J. Costanzo, with him Costanzo & Burdman, for appellant; I. Lawrence Gelman, Chief Counsel, with him John E. Childe, Jr., Assistant Attorney General, and Robert P. Kane, Attorney General, for Commonwealth, appellee.

Judgment of sentence affirmed.